## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SEAN SMITH,

     Plaintiff,

                                       Case No. 1:18-cv-961-RJJ-PJG

v.

                                       Hon. Robert J. Jonker

DAN MALEY,

     Defendant.

## STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

Plaintiff Sean Smith and Defendant Dan Maley hereby stipulate, under Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**HAMILTON LAW, PLC**

/s/ Philip E. Hamilton

Date:    June 28, 2021

_____
Philip E. Hamilton (P68814)
Attorneys for Plaintiff Sean Smith

**MILLER CANFIELD PADDOCK & STONE**

/s/ Leigh Schultz

Date:    June 28, 2021

_____
Leigh Schultz (P71038)
Attorneys for Dan Maley

## <u>ORDER OF DISMISSAL</u>

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),

IT IS ORDERED that this action be, and hereby is DISMISSED WITH PREJUDICE as to all

claims, causes of action, and parties, with each party bearing that party's own attorney's fees and

costs. This a final order that closes the case.


Dated: _____    _____
                                                HON. ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE